**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrel L. Burke, | ) | **ORDER** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-008 |
| Roughrider, Inc., doing business as | ) | |
| Roughrider Harley-Davidson, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Plaintiff's motions for attorney John W. Burke to appear *pro hac vice* on his behalf. In accordance with Local Rule 79.1(D), Mr. Burke has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, Plaintiff"s motion (Docket No. 3) is **GRANTED**. Attorney John W. Burke is admitted to practice before this court in this matter on Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 24th day of January, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge