**UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrel L. Burke, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Roughrider, Inc., doing business as | ) | |
| Roughrider Harley-Davidson, | ) | Case No. 1:08-cv-008 |
| | ) | |
| Defendant. | ) | |

_____

Plaintiff contacted chambers to request a status conference pursuant to D.N.D. Civ. R. 37.1(B). Accordingly, the court shall conduct a status conference in the above-entitled action on October 24, 2008, at 1:30 p.m. CDT to address any issues may have arisen regarding discovery. The conference shall be conducted via telephone conference call to be initiated by the court. The parties are not required to submit anything to the court prior to the conference. Nevertheless, if there are particular matters the parties wish to bring to the court's attention in anticipation of the conference, they should submit them in letter form by October 22, 2008.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2008.

                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge