**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrel L. Burke, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Roughrider, Inc., doing business as | ) | |
| Roughrider Harley-Davidson, | ) | Case No. 1:08-cv-008 |
| | ) | |
| Defendant. | ) | |

On April 10, 2009, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties' stipulation (Docket No. 44) and **ORDERS** that the above-entitled action be dismissed with prejudice and without costs to either party.

Dated this 14th day of April, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge